AO 91 (Rev. 11/11) Criminal Complaint

FILED BY KS D.C.
Apr 12, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ROY ROBERTO LENON TAYLOR and<br>HEYTON RAMIREZ MUNOZ<br><br>*Defendant(s)* | Case No.<br>8:22-MJ-1330-SPF |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 22, 2022__ in the county of __Hillsborough__ in the __Middle__ District of __Tampa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506(a) and (b) | Conspiracy with intent to distribute one thousand (1,000) kilograms or more of marijuana while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute one thousand (1,000) kilograms or more of marijuana while on board a vessel subject to the jurisdiction of the United States. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Carlos A. Irizarry, DEA Special Agent
*Printed name and title*

Sworn to before me by telephone.

Date: 4/11/2022

_____
*Judge's signature*

City and state: Tampa, FL

SEAN P. FLYNN, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Carlos A. Irizarry, being duly sworn, depose, and state:

### Introduction and Agent Background

1. I am a Special Agent with the Drug Enforcement Administration (DEA), and have been employed by DEA since 2003. I am currently assigned to the DEA Tampa District Office. I have been a Federal Agent for approximately 23 years. I have conducted numerous criminal drug investigations of both domestic and international drug trafficking organizations involved in the manufacturing, distribution, and possession of controlled substances such as cocaine and marijuana.

2. Since July of 2014, I have been assigned as a DEA Special Agent to Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force (OCDETF) composed of the following agencies: the Drug Enforcement Administration (DEA), the Federal Bureau of Investigation (FBI), Immigration and Customs Enforcement, Homeland Security Investigations (HSI), Coast Guard Investigative Service (CGIS), the United States Coast Guard (USCG), and the United States Attorney's Office for the Middle District of Florida. Special Agents assigned to Operation Panama Express investigate Transnational Criminal Organizations that utilize maritime conveyances to smuggle illicit drugs through international waters of the Eastern Pacific Ocean and Caribbean Sea for later distribution into the United States of America.

## Statutory Authority

3. I submit this affidavit in support of a criminal complaint charging that beginning on an unknown date and continuing through on or about March 22, 2022, while aboard a vessel subject to the jurisdiction of the United States, the defendants, ROY ROBERTO LENON TAYLOR, and HEYTON RAMIREZ MUNOZ, each of whom will be brought into the United States at a point in the Southern District of Florida, did knowingly and willfully combine, conspire, and agree with each other and with other persons, to distribute and possess with the intent to distribute one thousand kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 46, United States Code, Sections 70503(a) and 70506(a) and (b), and Title 21, United States Code, Section 960(b)(1)(G).

4. The information contained in this Affidavit is based on my personal knowledge and/or reliable information related to me by other law enforcement officers with whom I have worked on this investigation. Because of the limited purpose of this Affidavit, however, I have not included each and every fact known to me or other law enforcement agents concerning this investigation. I have included only those facts I believe are necessary to establish probable cause supporting the requested complaint.

## Probable Cause

5. The United States Coast Guard (USCG) has the authority under 14 U.S.C. § 89 to make inquiries, examinations, inspections, searches, seizures, and

arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce United States law.

6.    On March 22, 2022, while on routine patrol in the Eastern Pacific Ocean, a Maritime Patrol Aircraft (MPA) detected an unknown go-fast vessel (GFV), on international waters, approximately 91 nautical miles (NM) west of Isla de Malpelo, Colombia. The GFV had two people on board, was outfitted with two outboard engines, and was traveling at a high rate of speed in a known drug trafficking area with packages and fuel barrels on deck. The GFV was also suspected of being without nationality and was displaying no indicia of nationality. The United States Coast Guard Cutters (USCGC) LEGARE and SPENCER were diverted to investigate the GFV. The USCG launched a helicopter and a small boat with a boarding team to investigate. USCG District 11 Command granted a Statement of No Objection (SNO) to USCGC LEGARE for use of force up to and including warning shots and disabling fire, and a Right of Visit boarding (ROV) to stop a non-compliant vessel reasonably suspected of drug smuggling in international waters.

7.    The boarding team on the USCG small boat gained control of the GFV without incident after the helicopter fired warning shots and conducted the ROV boarding of the GFV. The boarding team identified the following crewmembers on board the GFV: ROY ROBERTO LENON TAYLOR and HEYTON RAMIREZ MUNOZ.

8.      The master of the suspect GFV, ROY ROBERTO LENON TAYLOR, claimed Costa Rican nationality for the GFV. The USCG requested confirmation of nationality from the Costa Rica government, but the Costa Rica Government could neither confirm nor deny nationality of the GFV. Based on the lack of confirmation from Costa Rica, USCG District 11 issued a SNO to treat the vessel as one without nationality and therefore subject to the laws of the United States. The USCG boarding team conducted a full law enforcement boarding.

9.      The boarding team discovered bales of suspected contraband on the deck of the GFV. The USCG boarding team opened a bale of suspected marijuana and conducted two tests of the green leafy substance utilizing narcotic identification test kits (NIK), which yielded positive results for marijuana. The USCG boarding team seized 60 bales of marijuana weighing approximately 1,636 kilograms (at-sea weight). The USCG boarding team seized the marijuana and detained the two crew members.

## Conclusion

10.     Based upon the foregoing information, I respectfully submit that probable cause exists to believe that the following two defendants named herein, ROY ROBERTO LENON TAYLOR and HEYTON RAMIREZ MUNOZ, while aboard a vessel subject to the jurisdiction of the United States, knowingly and willfully combined, conspired, and agreed with each other and with other persons to distribute and possess with the intent to distribute one thousand kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I

controlled substance, in violation of Title 46, United States Code, Sections 70503(a) and 70506(a) and (b), and Title 21, United States Code, Section 960(b)(1)(G).

_____
Carlos A. Irizarry
Special Agent, DEA

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41 (d) (3), before me this __11__ day of April 2022.

_____
SEAN P. FLYNN
United States Magistrate Judge

5

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| ROY ROBERTO LENON TAYLOR | ) Case No. 8:22-MJ-1330-SPF |
| Defendant | ) |

## AMENDED ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ROY ROBERTO LENON TAYLOR,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute one thousand (1,000) kilograms or more of marijuana while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute one thousand (1,000) kilograms or more of marijuana, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 4/11/2022

Issuing officer's signature

City and state: Tampa, FL

SEAN P. FLYNN, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

Arresting officer's signature

Printed name and title

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| HEYTON RAMIREZ MUNOZ | ) | Case No. 8:22-MJ-1330-SPF |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## AMENDED ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* HEYTON RAMIREZ MUNOZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute one thousand (1,000) kilograms or more of marijuana while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute one thousand (1,000) kilograms or more of marijuana while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 4/11/2022

_____
*Issuing officer's signature*

City and state: Tampa, FL

SEAN P. FLYNN, U.S. Magistrate Judge
*Printed name and title*

| **Return** | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |

# MINUTE ORDER

Page 2

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**  Date: 4/12/2022   Time: 2:00 p.m.

Defendant: 2)HEYTON RAMIREZ MUNOZ   J#: 07476-506   Case #: 22-MJ-2628-TORRES
AUSA: Katherine Guthrie   Attorney:
Violation: Warr/MD/FL/complaint/Conspiracy with intent to distribute 1,000 kilograms or more of marijuana while on board a vessel subject to the jurisdiction of the U.S.   Surr/Arrest Date: 4/11/2022   YOB: 1999
Proceeding: Initial Appearance   CJA Appt:
Bond/PTD Held: ☐ ☐   Recommended Bond:
Bond Set at:   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: Spanish

Disposition:
**DEFENDANT DOES NOT CONSENT TO APPEAR BY VTC – MATTER RESET TO HEARING IN OPEN COURT**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
*Initial Appearance:*   *4/13/22*   *10:00*   *Miami Duty*
D.A.R. EGT-4/12/2022-ZOOM-**2:02 pm**   Time in Court: 1
s/Edwin G. Torres   Chief Magistrate Judge

# COURT MINUTES

## Chief Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5          Date: 4/13/2022   Time: 10:00 AM

Defendant: 2) HEYTON RAMIREZ MUNOZ   J#: 07476-506   Case #: 22 – MJ-2628- TORRES -2

AUSA: Michael Brenner   Attorney:

Violation: Warr/MD/FL/complaint/Conspiracy with intent to distribute 1,000 kilograms or more of marijuana while on board a vessel subject to the jurisdiction of the U.S.

Proceeding: INITIAL APPEARANCE   CJA Appt: G. P. Della Fera

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:

**Bond Set:** $250,000 corporate surety with nebbia   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant sworn – **CJA APPOINTED**
The Court sets bond, with the right to revisit – NO HEARING HELD

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
**Removal:**           4/19/22      10:00      Miami Duty
**Status Conference RE:** Bond   4/19/22   10:00   Miami Duty
D.A.R. 10:30:15                                    Time in Court: 3

# COURT MINUTES

Page 4

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor        Date: 4/19/2022   Time: 10:00 a.m.

Defendant: 2) Heyton Ramirez Munoz    J#: 07476-506   Case #: 22-02628-MJ-TORRES-2

AUSA: Dayron Silverio    Attorney: G.P. Della Fera (CJA)

Violation: Warr/MD/FL/complaint/Conspiracy with intent to distribute 1,000 kilograms or more of marijuana while on board a vessel subject to the jurisdiction of the United States

Proceeding: Removal, Status Conference Re: Bond    CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at: $250,000 CSB w/ Nebbia w/ the right to revisit   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other:

Language: Spanish

Disposition:
*Brady Order not given.*

- Deft. waived removal
- Waiver of removal is executed
- The Court orders Deft removed to the MD/FL.

Brady order given

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:12:23    Time in Court: 4 Minutes

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 22-MJ-02628-TORRES-2

United States of America
    Plaintiff,
v.

Charging District's Case No. 22-MJ-1330-SPF

HEYTON RAMIREZ MUNOZ,
    Defendant.
_____/

### WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **MIDDLE DISTRICT OF FLORIDA.**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☐ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 04/19/2022

Heyton Ramirez M.
Defendant's Signature

Chris M. McAliley
United States Magistrate Judge

United States District Court
Southern District of Florida
Case No. 22-MJ-02628-TORRES-2

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 22-MJ-1330-SPF

HEYTON RAMIREZ MUNOZ,
(USM# 07476-506)

_____/

COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **MIDDLE DISTICT OF FLORIDA.** G.F. Delle Fera Esq. was appointed to represent **Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 04/19/2022.

Chris M. McAliley
United States Magistrate Judge